```
 1  CHARLES NOVACK, ESQ. (Bar No. 127776)
    LAW OFFICE OF CHARLES NOVACK
 2  409 13th Street, 10th Floor
    Oakland, California 94612
 3  Telephone: (510) 465-1000
    Facsimile: (510) 740-3575
 4
    Attorney for Debtors
 5
 6
                    UNITED STATES BANKRUPTCY COURT
 7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
 8
 9  In re                              Case No. 05-46010 RN 13
                                       Chapter 13
10  ROBERT AND SUNDEE AMANTIAD,
                                       AMENDMENT TO SCHEDULE J
11                        Debtors.
12
13
14       Debtors hereby amend Schedule J pursuant to the attached Exhibit A.
15
16
    Dated: November 17, 2005              LAW OFFICE OF CHARLES NOVACK
17
18
                                          By: CHARLES NOVACK /s/
19                                        Bar No.a 127776
                                          Attorneys for Debtors
20
21       We declare under penalty of perjury that the foregoing Amendment is true and correct and that
    this declaration was executed this 17th day of November, 2005 at Oakland, California.
22
23
                                          Robert Amantiad
24
25
26                                        Sundee Amantiad
27
28
```

In re  **Robert Amantiad**
**Sundee L. Amantiad**                              Case No. **05-46010**
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,200.00 |
| Are real estate taxes included? Yes ___ No **X** | | |
| Is property insurance included? Yes ___ No **X** | | |
| Utilities: Electricity and heating fuel | $ | 100.00 |
|            Water and sewer | $ | 25.00 |
|            Telephone | $ | 80.00 |
|            Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 600.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 30.00 |
| Medical and dental expenses | $ | 120.00 |
| Transportation (not including car payments) | $ | 248.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 160.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|            Homeowner's or renter's | $ | 0.00 |
|            Life | $ | 0.00 |
|            Health | $ | 0.00 |
|            Auto | $ | 0.00 |
|            Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|            Auto | $ | 0.00 |
|            Other | $ | 0.00 |
|            Other | $ | 0.00 |
|            Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$** | **2,713.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 3,128.00 |
| B. Total projected monthly expenses | $ | 2,713.00 |
| C. Excess income (A minus B) | $ | 415.00 |
| D. Total amount to be paid into plan each   **Monthly**   (interval) | $ | 0.00 |

EXHIBIT A