Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

RECEIVED
JAN 26 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED
JAN 21 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ROBERT & SUNDEE L. AMANTIAD

Debtor(s)

Case No: 05-46010 RN 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $941.54 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 05-46010 | JOHN & ELIZABETH PERKINS<br>29596 DIXON ST. #60<br>HAYWARD, CA 94544 | $ DEBTOR | $ 941.54 |

Total Unclaimed Dividends $ 941.54

Dated: January 20, 2011

Martha G. Bronitsky, Chapter 13 Trustee