Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA



In re: Robert & Sundee Amantiad

Debtor(s)

Case No: 05-46010 RN 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $52.92 (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 05-46010 RN13 | FIRST FINANCIAL CU<br>6782 S POTOMAC ST<br>CENTENNIAL, CO 80122 | $ 2,646.11 | $   52.92 |
|  | Total Unclaimed Dividends |  | $   52.92 |

Dated: February 7, 2011

Martha G. Bronitsky, Chapter 13 Trustee